**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO: CR11-5408RJB** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER TO EXTEND** |
| **ALEXANDER WALLS,** | ) | **MOTIONS DEADLINE** |
| | ) | |
| **Defendant.** | ) | |

_____

Based upon a review of the Defendant's Motion to Extend Motions Deadline,

IT IS HEREBY ORDERED that the pre-trial motions due date be continued from September 16, 2011 to September 30, 2011.

DATED this <u>28th</u> day of September, 2011.

_____
ROBERT J. BRYAN
United States District Judge


Presented by:

_____
Roger A. Hunko
Attorney for Defendant