UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO: CR11-5408RJB |
| vs. | ) | |
| | ) | ORDER DENYING MOTION |
| ALEXANDER WALLS, | ) | REQUIRING THE DEPOSITION OF |
| | ) | GUADALUPE HERNANDEZ |
| Defendant. | ) | |

THIS MATTER comes before the court on the Defense Motion to Take the Deposition of Guadalupe Hernandez (Dkt. 45). The court has reviewed the file and finds that Defendant has not met his burden under Federal Rule of Criminal Procedure 15.

IT IS HEREBY ORDERED that the Motion to Take the Deposition of Guadalupe Hernandez (Dkt. 45) is DENIED without prejudice. .

DATED this 24th day of October 2011.

ROBERT J. BRYAN
United States District Judge