THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR11-5408RJB |
| Plaintiff, | |
| vs. | MOTION AND ORDER TO SEAL AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER ALLOWING WITHDRAWAL OF ATTORNEY |
| REGINALD IRVIN, | |
| Defendant. | |

COMES NOW the Wayne C. Fricke, attorney for the defendant, and hereby moves this Court for an Order sealing his affidavit in support of motion for order allowing withdrawal of attorney.

RESPECTFULLY SUBMITTED this 20th day of November, 2012.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

/s/ Wayne C. Fricke
By:_____
Wayne C. Fricke
WSB #16550

MOTION AND PROPOSED ORDER TO SEAL AFFIDAVIT OF
WAYNE C. FRICKE - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

## ORDER

Before this Court is the motion of Wayne C. Fricke, attorney for the defendant, for an order sealing his affidavit in support of motion for order allowing withdrawal of attorney; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the Affidavit in Support of Motion for Order Allowing Withdrawal of Attorney is hereby filed under seal.

DONE IN OPEN COURT this 21st day of November, 2012.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: */s/ Wayne C. Fricke*
_____
Wayne C. Fricke
WSB #16550