THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-5408RJB |
| Plaintiff, | |
| vs. | ORDER ALLOWING WITHDRAWAL OF ATTORNEY |
| REGINALD IRVIN, | |
| Defendant. | |

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant's attorney, Wayne C. Fricke, for an order allowing him to withdraw as attorney of record for the defendant (Dkt 182). No objections have been filed. The motion is supported by the record. NOW THEREFORE, It Is Hereby

ORDERED that Wayne C. Fricke is hereby allowed to withdraw as attorney for the above-named defendant, and new counsel shall be appointed.

DATED this 30th day of November, 2012.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

PROPOSED ORDER ALLOWING WITHDRAWAL OF ATTORNEY - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2158 / Fax: (253) 572-1441